**Opinion issued November 13, 2018**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-17-00761-CV

_____

**JOSHUA CONLAN, Appellant**

**V.**

**JADE POE, Appellee**

---

**On Appeal from the County Court at Law No. 4**
**Travis County, Texas**
**Trial Court Case No. C-1-CV-005454**

---

### MEMORANDUM OPINION

Appellant, Joshua Conlan, has failed to timely file a brief. [1] *See* TEX. R. APP.

P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to

---

[1]     Pursuant to its docket equalization authority, the Supreme Court of Texas transferred the appeal from the Court of Appeals for the Third District of Texas to

file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See id.* 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution. *See id.* 38.8(a), 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.

---

this Court. *See* Misc. Docket No. 17-9128 (Tex. Sept. 28, 2017); *see also* TEX. GOV'T CODE ANN. § 73.001 (West 2015) (authorizing transfer of cases).